# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LOT MAINTENANCE OF OKLAHOMA, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)   Case No. 13-cv-686-CVE-TLW |
| (1) TULSA METROPOLITAN UTILITY AUTHORITY, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## ENTRY OF APPEARANCE

Katherine E. Koljack of the firm GableGotwals hereby enters her appearance as counsel for Plaintiff, Lot Maintenance of Oklahoma, Inc. in the above-captioned case.

Dated this 21st day of October, 2013.

          /s/Katherine E. Koljack
          Ronald N. Ricketts, OBA #7563
          Katherine E. Koljack, OBA #31123
          **GABLEGOTWALS**
          1100 ONEOK Plaza
          100 West Fifth Street
          Tulsa, Oklahoma 74103-4217
          (918) 595-4800
          (918) 595-4990 (fax)

          *Attorneys for Plaintiff*